Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG RITKE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil No. 09-cv-5279-RBL |
| UNITED STATES OF AMERICA,<br><br>    Counterclaim Plaintiff,<br><br>  v.<br><br>GREG RITKE,<br><br>    Counterclaim Defendant, | **CONSENT AND STIPULATION TO JUDGMENT AS TO GREG RITKE** |

    COME NOW the Counterclaim Plaintiff the United States of America, by its undersigned counsel, and Counterclaim Defendant Greg Ritke, by his undersigned counsel, and hereby consent and stipulate to entry

of judgment in favor of the United States of America and against Greg Ritke.  For their Consent and Stipulation, the parties state as follows:

1. Greg Ritke agrees to the entry of judgment in favor of the United States of America on the United States of America's claims in the above-captioned matter in the amount of $99,243.18 for Trust Fund Recovery Penalties assessed against him for the September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, and December 31, 2003 employment tax periods, plus statutory accruals and interest thereon as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621.

2. Each party is to bear its own costs and attorney's fees.

Respectfully submitted this 28th day of February, 2011.

| | |
|---|---|
| JENNY A. DURKAN<br>United States Attorney<br><br> /s/Michael Hatzimichalis   <br>MICHAEL HATZIMICHALIS<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 353-1844<br>Facsimile:  (202) 307-0054<br>*Attorneys for the United States of America* | ANDREW J. MAKAR<br><br>/s/ Andrew J. Makar<br>LAW OFFICES OF ANDREW J. MAKAR PS<br>1404 54th Avenue E.<br>Fife, Washington 98424<br>Telephone: (253)<br>Facsimile:  (253)<br>*Attorney for Counterclaim Defendant Greg Ritke* |

IT IS SO ORDERED.

Date: March 1, 2011.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE