Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

GREG RITKE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

GREG RITKE,

    Counterclaim Defendant,

Civil No. 09-cv-5279-RBL

**JUDGMENT AS TO GREG JUDGMENT**

Before the Court is the parties' Consent and Stipulation for Entry of Judgment as to Greg Ritke. Having

reviewed the Stipulation of the parties and for good cause showing,

**IT IS HEREBY ORDERED** as follows:

1. Judgment is entered in favor of the United States of America and against Greg Ritke on the United States of America's claims in the above-captioned matter in the amount of $99,243.18 for Trust Fund Recovery Penalties assessed against him for the September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, and December 31, 2003 employment tax periods, plus statutory accruals and interest thereon as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621.

2. Each party is to bear its own costs and attorney's fees.

DATED this 1st day of March, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE